IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOXCHANGE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-397 (GBW) |
| | ) |
| CARESTREAM HEALTH, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Carestream Health, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and Paragraph 3 of the Default Standard for Discovery* were caused to be served on September 14, 2022, upon the following in the manner indicated:

Jimmy C. Chong, Esquire                                                                              *VIA ELECTRONIC MAIL*
THE CHONG LAW FIRM, P.A.
2961 Centerville Road, Suite 350
Wilmington, DE  19808
*Attorneys for Plaintiff*

David R. Bennett, Esquire                                                                            *VIA ELECTRONIC MAIL*
DIRECTION IP LAW
P.O. Box 14184
Chicago, IL  60614-0184
*Attorneys for Plaintiff*

|  |  |
|---|---|
| OF COUNSEL:<br><br>Stephen M. Hankins<br>RILEY SAFER HOLMES & CANCILA LLP<br>456 Montgomery Street, 16th Floor<br>San Francisco, CA 94104<br>(415) 275-8550<br><br>Louis A. Klapp<br>Michael H. Fleck<br>RILEY SAFER HOLMES & CANCILA LLP<br>70 W Madison Street, Suite 2900<br>Chicago, IL 60602<br>(312) 471-8700<br><br>September 14, 2022 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Anthony D. Raucci*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Defendant Carestream Health, Inc.* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 14, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Jimmy C. Chong, Esquire<br>THE CHONG LAW FIRM, P.A.<br>2961 Centerville Road, Suite 350<br>Wilmington, DE  19808<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| David R. Bennett, Esquire<br>DIRECTION IP LAW<br>P.O. Box 14184<br>Chicago, IL  60614-0184<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Anthony D. Raucci*
_____
Anthony D. Raucci (#5948)