# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MOXCHANGE LLC,**<br><br>      Plaintiff,<br>v.<br><br>**CARESTREAM HEALTH, INC.,**<br><br>      Defendant. | C.A. No. 22-397-GBW<br><br>**JURY TRIAL DEMANDED** |

## MOXCHANGE LLC'S OPPOSED MOTION TO AMEND THE COMPLAINT

Plaintiff Moxchange LLC ("Moxchange"), by and through its undersigned attorneys, respectfully moves for the Court to grant Moxchange's Opposed Motion to Amend the Complaint. Moxchange is seeking leave to file an Amended Complaint. The grounds for this motion are set forth in Moxchange's letter to the Court. The parties met and conferred and defendant Carestream Health, Inc. has stated that it opposes the motion.

November 4, 2022

OF COUNSEL:

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

CHONG LAW FIRM

 */s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

*Attorneys for Plaintiff Moxchange LLC*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2022, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)