**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **MOXCHANGE LLC,**<br><br>               Plaintiff,<br>v.<br><br>**CARESTREAM HEALTH, INC.,**<br><br>               Defendant. | C.A. No. 22-397-GBW<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

Now pending before the Court is plaintiff Moxchange LLC's Opposed Motion to Amend the Complaint. Having reviewed the motion and all related arguments, the Court finds good cause exists to grant the Motion. Accordingly, it is hereby ORDERED that Moxchange LLC's Opposed Motion to Amend the Complaint is GRANTED, and Moxchange is granted leave to file its Amended Complaint.

SO ORDERED this ____ day of _____, 2022.

_____
United States District Judge

1